No. 3267. MONAGAS, ADMINISTRADOR, ETC., APELADO, *v.* RIVERA, MÁRSHAL DE LA CORTE DE DISTRITO, Y SIMONS HARDWARE Co., APELANTE.—C. de D. de Mayagüez. R. mar. 20, 1924. Vista la moción de desestimación de la apelada y la impugnación, de la apelante, estimándose que dada la naturaleza de las cuestiones planteadas podrán dichas cuestiones resolverse

con mayor acierto después de visto el caso en su fondo, se declara no haber lugar por ahora a la desestimación del recurso.